LONG DOCK COMPANY, APPELLANT, v. THE STATE BOARD
OF TAXES AND ASSESSMENT AND THE MAYOR AND
ALDERMEN OF JERSEY CITY, RESPONDENTS.

Argued June 27, 1922—Decided November 20, 1922.

On appeal from the Supreme Court.

For the appellant, *Collins & Corbin* and *Robert J. Buin.*

For the respondents, *Thomas J. Brogan* and *Edward P. Stout.*

PER CURIAM.

The judgment under review herein will be affirmed, for the reasons given in the *per curiam* in Pennsylvania Railroad Co. v. State Board of Taxes and Assessment et al., No. 45, of the present term of this court (*post p.* 283).

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, BLACK, KATZENBACH, WHITE, WILLIAMS, GARDNER, ACKERSON, JJ.    10.

*For reversal*—None.